Case 4:24-cv-04058   Document 20   Filed on 01/24/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GABRIELLA TELLEZ<br>Plaintiff,<br><br>v.<br><br>HARRIS COUNTY TEXAS, C. ROGERS,<br>INDIVIDUALLY, AND B.E. FOREMAN,<br>INDIVIDUALLY<br>Defendants. | §<br>§<br>§<br>§  CIVIL ACTION NO. 4:24-cv-04058<br>§  JURY TRIAL<br>§<br>§<br>§<br>§ |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS B. E. FOREMAN

On this day came onto be considered Plaintiff's Unopposed Motion to Dismiss Defendant B. E. Foreman. The Court, having considered the motion, finds that it should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the motion is granted.

_____  1/24/25
DAVID HITTNER
United States District Judge

1